## 17511.   SHERMAN *v.* THE STATE.

BLOODWORTH, J.   The motion for a new trial contained the general grounds only.   There is evidence to support the verdict.

> *Judgment affirmed.   Broyles, C. J., and Luke, J., concur.*

DECIDED AUGUST 4, 1926.

Malicious mischief; from city court of Claxton—Judge Burroughs.   May 27, 1926.

*P. M. Anderson,* for plaintiff in error.

*S. T. Brewton, solicitor, R. M. Girardeau,* contra.

Criminal Law, 16 C. J. p. 1180, n. 74.

## 17516.   LANE *v.* THE STATE.

BROYLES, C. J.   1. The conviction of the accused did not depend wholly upon circumstantial evidence, and therefore the failure of the court to instruct the jury upon the law of circumstantial evidence was not error, in the absence of a timely and appropriate written request.

2. There is no merit in the remaining special ground of the motion for a new trial, and the verdict was authorized by the evidence.

> *Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED AUGUST 4, 1926.

Possessing intoxicating liquor; from Jenkins superior court—Judge Strange.   May 10, 1926.

*James A. Dixon,* for plaintiff in error.

*John C. Hollingsworth, solicitor-general,* contra.

Criminal Law, 16 C. J. p. 1059, n. 39; p. 1180, n. 74.